Name _Kathleen Davenport_

Mailing address _1280 E 17th Ave Apt 121e_

City, State, Zip _Anchorage AK 99501_

_907-342-2040_
Telephone


RECEIVED

DEC 30 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Kathleen Patricia Davenport,_
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_little Caesars_ ,

_Alex ex Manager_ ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:24-cv-00288-SLG_
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of _Kathleen Davenport_
   (print your name)

who presently resides at _1280 E 17th Ave Anchorage AK 99501 Apt 121e_
   (mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Alex_____ is a citizen of
_____, and is employed as a__Manager_____.
(state)          (name)          (defendant's government position/title)

__✓__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:24-cv-00288-ACP     Document 1     Filed 12/30/24     Page 2 of 7

Claim 1: On or about __7/8/24__, my civil right to
(Date)

__Take two days off for illness__

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Alex__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I missed 2 day's of work due to my disability. I was sick with gasteritis and copd and on the secort day the manager alex fired me over the phone. I have never been fired before. She was yelling that she had to let me go twice and said it was in the book. I believe I was retaleated against and disorminated against me. I believe the reason she retalidal is because she had to do my job. I believe I should have been accomedated for those days I missed

Case 3:24-cv-00288-ACP    Document 1    Filed 12/30/24    Page 3 of 7

<u>Claim 2</u>: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case 3:24-cv-00288-ACP    Document 1    Filed 12/30/24    Page 4 of 7

<u>Claim 3</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____


## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at _____ on _12/30/24_____
                           (Location)                             (Date)

_Kathleen Davenport_
(Plaintiff's Original Signature)


_____    _____
Original Signature of Attorney (if any)         (Date)


_____
_____
_____
Attorney's Address and Telephone Number